## Means Estate.

Submitted September 24, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

reargument refused January 8, 1974.

*Lester E. Zittrain, Robert T. Barletta,* and *Crone and Zittrain,* for appellants.

*J. Kipp Lukehart,* for appellees.

OPINION PER CURIAM, November 26, 1973:
Decree affirmed. Appellants to pay costs.